THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE KENNETH VAN ORDEN, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY DUFFY, Appellant.— Judgment affirmed. Concur — Botein, P. J., Rabin, M. M. Frank and Stevens, JJ.; McNally, J., dissents in the following memorandum: I dissent and vote to reverse the judgment of conviction and to dismiss the information on the ground that the guilt of defendant was not established beyond a reasonable doubt in view of the clinical findings and of the manner in which the motor vehicle was operated prior to the arrest of the appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DOCETI, Appellant.— Order of September 12, 1958, unanimously affirmed. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of MAYFAIR-YORK CORP. against ROBERT C. WEAVER, as State Rent Administrator, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

BIG CITY REALTY CO., INC. v. 896 REALTY INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT RINALDO.— Motion by the People of the State of New York for leave to reargue denied. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

NATHAN TEPLITSKY v. LOUIS KAMENSKY et al. JOSEPH SIMONOWITZ et al., v. J. S. GARLICK, INC., et al.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

In the Matter of JULIUS J. VENUSTI against JOSEPH J. CAPUTA, as State Rent Administrator, et al.—Motion for leave to reargue or for leave to appeal to the Court of Appeals and for an order staying the landlords-respondents from taking any further steps in a summary proceeding pending in the City Court of the City of New York, New York County, until the argument and determination of the appeal to the Court of Appeals, denied, with $10 costs, and the stay contained in the order to show cause, dated October 26, 1959, is vacated. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

MARY K. COLSON v. CHARLES SHAPIRO et al., Individually and Doing Business as GETSHAP REALTY COMPANY.— Motion for leave to reargue denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

HARRY SCHLESINGER, Doing Business as VITEX PLASTICS v. JOHN M. BENNETT. DONALD B. PARKER v. JOHN M. BENNETT.— Motion for leave to reargue Motion No. 26 of September 22, 1959 denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH FRECCIA.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.